IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                    CHAPTER 7

YONNE DAUGHTRY-JONES

                                         CASE No. 6:18-bk-07850-KSJ

                DEBTOR.
_____/

## NOTICE OF APPEARANCE

April Hosford Stone of Tromberg Law Group, P.A. files this appearance as attorney for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-5, Mortgage-Backed Notes, Series 2017-5 in connection with 1521 REED ROAD, LA CROSSE, VA 23950, loan number XXXXXX3719, in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties-in interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Fed.R. Bankr. P 2002(g), request that the following be added to the Court's master mailing list.

                                                               **Tromberg Law Group, P.A.**

                                    **BY:** /s/ April Hosford Stone
                                             Attorney for Secured Creditor
                                             1515 South Federal Highway, Suite 100
                                             Boca Raton, FL 33432
                                             Telephone #: 561-338-4101
                                             Fax #: 561-338-4077
                                             FBN 0091388
                                             ecf@tromberglawgroup.com
                                             astone@tromberglawgroup.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 26, 2018, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Michael E Golub, Esq.
Michael E Golub PA
819 West Main Street
Suite B
Tavares, FL 32778
golublawoffice@aol.com


U.S Trustee Middle District of Florida (Orlando Division)
George C Young Federal Building
400 West Washington Street
Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov


Richard B Webber, Trustee
Post Office Box 3000
Orlando, FL 32802

and on <u>December 26, 2018</u>, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Yonne Daughtry-Jones
1606 Crooms Avenue
Orlando, FL 32805

**Tromberg Law Group, P.A.**

**BY:** /s/ April Hosford Stone
Attorney for Secured Creditor
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
ecf@tromberglawgroup.com
astone@tromberglawgroup.com